UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23bk12156 |
| | ) | |
| Cheryl L Hartsfield, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |
| | ) | |

SCHEDULING ORDER

This matter comes on for consideration on the Objection to Confirmation of Plan [Dkt. No. 23] (the "Plan Objection") brought by FNA 2018-1 LLC, U.S. Bank National Association ("FNA 2018-1") and the Objection to Claim 1 of FNA 2018-1, U.S. Bank National Association, as Indenture Trustee [Dkt. No. 31] (the "Claim Objection") filed by Cheryl L Hartsfield (the "Debtor"); the court having jurisdiction over the subject matter; due notice having been given;

IT IS HEREBY ORDERED:

1. The Debtor's response to the Plan Objection is due on or before November 30, 2023.

2. FNA 2018-1's reply in support of the Plan Objection and its response to the Claim Objection are due on or before December 21, 2023.

3. The Debtor's reply in support of the Claim Objection is due on or before January 11, 2024.

4. The Plan Objection and the Claim Objection are continued to January 25, 2024, at 11:00 AM.  Parties shall appear in Courtroom 744, 219 S Dearborn Street, Chicago, IL, 60604, or using Zoom.  The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on Judge Barnes' page on the court's website.

5. If no response is filed to the Plan Objection or the Claim Objection and no party contacts the court prior to the appropriate response deadline to indicate the matter has been resolved, the matter will be treated as uncontested and, based on any uncontested allegations in the Plan Objection or the Claim Objection, as supported by evidence where necessary, will be granted or denied in the absence of further hearing.  If a response is filed, the matter will be deemed contested.

6. No further argument will be entertained unless ordered by the court.

7. No party should assume that a matter will be continued for further evidence.  All evidentiary support must be submitted with the foregoing briefs.

8.  Any filing that is not made in accordance with the above briefing schedule, or without leave of court, will be stricken by the court.

Dated: November 3, 2023                                          ENTERED:

_____
Timothy A. Barnes
United States Bankruptcy Judge